UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| CHARMISA PALMER,<br>1306 Palmer Road<br>Fort Washington, Maryland 20744,<br><br>   Plaintiff,<br><br>   v.<br><br>AUDI OF AMERICA, INC.,<br>2200 Ferdinand Porsche Drive<br>Herndon, Virginia 20171,<br><br>VOLKSWAGEN GROUP OF<br>AMERICA, INC.,<br>2200 Ferdinand Porsche Drive<br>Herndon, Virginia 20171,<br><br>XL INSURANCE OF AMERICA, INC.,<br>70 Seaview Avenue<br>Stamford, Connecticut 06902,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO.: _GJH 14 CV3189_<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF REMOVAL

Defendants, AUDI OF AMERICA, INC., and XL INSURANCE OF AMERICA, INC., by and through their undersigned counsel, BONNER KIERNAN TREBACH & CROCIATA, LLP, and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby remove the above-captioned matter to this Court. The grounds for removal are set forth below.

### Nature of Plaintiff's Claim

1.  On or about August 11, 2014, Plaintiff CHARMISA PALMER ("Palmer") filed the above action against AUDI OF AMERICA, INC., VOLKSWAGEN GROUP OF

AMERICA, INC., and XL INSURANCE OF AMERICA, INC. in the Circuit Court for Prince George's County, Maryland, under Case No. CAL 14-22131.

2. Defendant Audi of America, Inc. was served with process through its registered agent, Corporation Service Company, on or about September 19, 2014.

3. Defendant XL Insurance of America, Inc. was served with process through its registered agent, Thomas C. Palmer, Jr., Esq., on or about September 15, 2014.

4. Defendant Volkswagen Group of America, Inc. has not been served yet, and does not waive service.

5. The law firm of Bonner Kiernan Trebach & Crociata, LLP has been engaged to represent all three defendants, and all three of the defendants consent to removal of the above-captioned matter.

6. In accordance with 28 U.S.C. § 1446(a), true and correct copies of the Complaint, Summons and Notice of Service of Process for XL Insurance of America, Inc. are attached hereto as Exhibit A(1), and the Complaint, Summons and Notice of Process for Audi of America, Inc. are attached hereto as Exhibit A(2).

7. The Complaint alleges that Plaintiff was injured in a single vehicle accident while a passenger in a car driven by Ashley White.

8. Plaintiff seeks a declaration that she is entitled to insurance coverage under a policy of insurance issued by XL Insurance of America, Inc. to Audi of America, Inc. and Volkswagen Group of America, Inc.

9. The Complaints asserts one count: Declaratory Judgment against Audi of America, Inc., Volkswagen Group of America, Inc., and XL Insurance of America, Inc.

299062-1

10.  The vehicle driven by Ashley White was a loaner vehicle, or "replacement vehicle," provided to Clinton White by Audi of Tysons Corner while Clinton White's vehicle was being serviced.

### Procedural Posture

11.  This Notice of Removal of this case to the United States District Court is filed by Audi of America, Inc., Volkswagen Group of America, Inc., and XL Insurance of America, Inc. within thirty (30) days after service of process of the Complaint, and is therefore timely. *See* 28 U.S.C. § 1446(b).

### Parties

12.  Plaintiff alleges that she is an individual residing in the State of Maryland. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, Ms. Palmer is a citizen of the State of Maryland.

13.  Defendant Audi of America, Inc. is a corporation duly organized and existing under the laws of the State of New Jersey, with its principal place of business in Herndon, Virginia. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, Audi of America, Inc. is a citizen of New Jersey and Virginia.

14.  Defendant Volkswagen Group of America, Inc. is a corporation organized and existing under the laws of the State of New Jersey, with its principal place of business in Herndon, Virginia. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, Volkswagen Group of America, Inc. is a citizen of New Jersey and Virginia.

15.  Defendant XL Insurance of America, Inc. is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in the State of

Connecticut. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, XL Insurance of America, Inc. is a citizen of Delaware and Connecticut.

### Jurisdiction and Venue

16. This case is removable pursuant to 28 U.S.C. § 1441 because this United States District Court has original jurisdiction of this case under 28 U.S.C. § 1332(a). Section 1332(a) provides in pertinent part as follows:

> (a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between-
>
> (1) citizens of different States....

17. Plaintiff is a citizen of the State of Maryland. Defendant Audi of America, Inc. and Volkswagen Group of America, Inc. are citizens of Virginia and New Jersey. Defendant XL Insurance America, Inc. is a citizen of Delaware and Connecticut. Therefore, complete diversity exists between Plaintiff and Defendants.

18. Plaintiff's Complaint requests that the Court find and declare that Plaintiff is covered under the XL Insurance policy, up to the full amount of automobile insurance, which is $2,000,000.00.

19. Pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446(a), this Court has original jurisdiction over this action because the amount in controversy exceeds $75,000.00 and because this action is between citizens of different states.

20. Venue is proper because this district embraces the jurisdiction in which Plaintiff initiated her lawsuit.

21. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed contemporaneously with the Clerk of the Circuit Court for Prince Georges County, Maryland, and served along with written notice on Plaintiff's counsel of record. A copy of the Notice to the Clerk of Removal is attached hereto as Exhibit B.

22. No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmatives defenses and motions are hereby reserved to Defendant.

WHEREFORE, Defendant Volkswagen Group of America, Inc. hereby removes the above-captioned action, which is now pending in the Circuit Court for Prince Georges County, Maryland, to this Court.

DATED this 9th day of October, 2014.

Respectfully submitted,

_____
William H. White Jr., Bar #13969
Connie M. Ng, Bar # 18552
BONNER KIERNAN TREBACH & CROCIATA, LLP
1233 20th Street, NW
8th Floor
Washington, D.C. 20036
Tel.: 202-712-7000
Fax: 202-712-7100
Email: wwhite@bonnerkiernan.com
Email: cng@bonnerkiernan.com
*Counsel for Defendants*
*XL Insurance Company of America, Inc.,*
*Audi of America, Inc., and*
*Volkswagen Group of America, Inc.*

299062-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF REMOVAL was provided via first class mail, this 9th day of October, 2014, to:

KARP, FROSH, WIGODSKY & NORWIND, P.A.
Ronald A. Karp, Esq.
Zachary King, Esq.
2273 Research Blvd., Suite 200
Rockville, Maryland 20850
**Counsel for Plaintiff**
**Charmisa Palmer**

_____
William H. White Jr.

299062-1